ClientCaseID: 80329    CaseReturnDate: 6/11/25

Affidavit of A PRIVATE INVESTIGATOR

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS

Case Number 2:25-CV-02118

I, JOHN PENNELL

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND LICENSED AS A PRIVATE DETECTIVE (LICENSE # 115.002074) UNDER THE PRIVATE DETECTIVE ACT OF 2004.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS & COMPLAINT
ON THE WITHIN NAMED DEFENDANT   BLUE FROG RESTORATIONS, INC.
PERSON SERVED   BRITTANY BEACH
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 6/11/25

That the sex, race and approximate age of the whom I left the SUMMONS & COMPLAINT are as follow:

Sex FEMALE   Race WHITE   Age 26   Height 5'4"   Build 140#   Hair BLK

LOCATION OF SERVICE   2501 CHATHAM RD. STE.R
SPRINGFIELD, IL, 62704

Date Of Service 6/11/25        Time of Service 3:15 PM

JOHN PENNELL                           6/11/2025
A PRIVATE INVESTIGATOR
PRIVATE DECTECTIVE # 115.002074

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Blue Frog Restorations, Inc., an Illinois Corporation
was received by me on *(date)* 06/11/2025.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* BRITANY BEACH, who is
designated by law to accept service of process on behalf of *(name of organization)*
AUTHORIZED AGENT on *(date)* 06/11/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 06/11/2025

*Server's signature*

JOHN J PENNELL LIC# 115.002074
*Printed name and title*

40 HICKORY PT SPRINGFIELD, IL 62712
*Server's address*

Additional information regarding attempted service, etc:

## CERTIFICATE OF SERVICE

      I hereby certify, under penalty of perjury, that on August 1, 2025, a true and correct copy of the foregoing *Affidavit/Proof of Service of the Complaint in case 2:25-CV-02118* was served on the following via USPS First-Class mail (postage pre-paid):

Mr. Adam Greer
Blue Frog Restorations, Inc.
41 E University Avenue
Champaign, Illinois  61820

Mr. Adam Greer
Blue Frog Restorations, Inc.
C/O REGISTERED AGENTS INC.
2501 CHATHAM RD, SUITE R,
SPRINGFIELD, IL 62704

*Defendant and Defendant's Registered Agent*

*Janae L. B. Tyler*
Janae L. B. Tyler