E-FILED
Monday, 02 February, 2026  03:55:00 PM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | | |
|---|---|---|
| **Blue Frog Roofing Limited,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case Number: 25-cv-2118** |
| | ) | |
| **Blue Frog Restorations Inc,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant, and those acting in concert therewith, are permanently enjoined from using BLUE FROG in any form or composite, or any colorable imitation thereof, in connection with providing, including without limitation: marketing; roofing services; maintenance of roofs; comprehensive preventative maintenance service for roofing systems; roofing consultation; roofing contracting; roofing installations; or any services similar thereto.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Blue Frog Roofing Limited recovers from Defendant Blue Frog Restorations Inc the amount of $104,009.50, consisting of $28,019.50 in attorney's fees, $75,000 in statutory damages, and $990 in costs.

**Dated: 2/2/2026**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court